UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINH KHA HOANG PHAN, | No.  2:24-cv-00735-DC-EFB (PC) |
| Petitioner, | |
| v. | ORDER |
| P. COVELLO, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus. Petitioner seeks an extension of time to file a traverse.  ECF No. 22.  The request is GRANTED nunc pro tunc, the traverse filed May 23, 2025 is accepted as timely, and the petition is submitted to the court for review.

SO ORDERED.

DATED: January 13, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1